IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on **Defendant Bravo's Notice of Withdrawal - Motion For Early Termination of Supervised Release (Doc. 1205)** [#1207] filed May 7, 2013. After reviewing the notice and the record, the court has concluded that the notice should be approved and that **Defendant Ruben Bravo's Motion For Early Termination of Supervised Release** [#1205] filed May 1, 2013, should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant Bravo's Notice of Withdrawal - Motion For Early Termination of Supervised Release (Doc. 1205)** [#1207] filed May 7, 2013, is **APPROVED**; and

    2. That **Defendant Ruben Bravo's Motion For Early Termination of Supervised Release** [#1205] filed May 1, 2013, is **WITHDRAWN**, with leave to re-file a similar motion in the future.

    Dated: May 7, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.